

March 21, 2024

Via Email
Ms. Denise Smith
Tennessee Valley Authority FOIA Officer
dsmith@tva.gov

Dear Ms. Smith,

On behalf of Concentric Energy Advisors, inc. ("Concentric" or "Company"), I am writing to formally object to the release of certain company contracts and billing rates pursuant to a request made under the US Freedom of Information Act ("FOIA"). For the reasons outlined below, the release of this information would result in significant harm to our Company's competitive interests and could compromise our ability to conduct business effectively.

- Competitive Harm: Disclosure of our Company's contracts and billing rates could provide our competitors with sensitive information about our pricing strategies, negotiation tactics, and client relationships. This could result in unfair competitive advantages for other businesses operating in the same industry.
- Financial Impact: Disclosure of our billing rates could impact our ability to negotiate fair compensation for our services and could undermine our Company's financial viability.
- Commercial Interests: As a private entity, Concentric has a legitimate interest in protecting sensitive business information from public disclosure, particularly when such disclosure could harm our commercial interests.

We understand the importance of transparency under the FOIA, but we believe that in this instance, the potential harm to our Company outweighs any public interest in disclosure. We respectfully request that you consider our objections and refrain from releasing the requested information.

Thank you for your attention to this matter.

Sincerely,

Danielle Powers
Chief Executive Officer
Concentric Energy Advisors, Inc.