UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| SOUTHERN ENVIRONMENTAL LAW CENTER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.: 3:24-CV-97-TAV-DCP |
|  | ) |  |
| TENNESSEE VALLEY AUTHORITY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# **JUDGMENT ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, plaintiff's motion for summary judgment [Doc. 38] is **DENIED**, defendant's motion for summary judgment [Doc. 42] is **GRANTED**, and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT